USDC SCAN INDEX SHEET










```
AV1    8/4/05    14:31
3:05-M -01238   USA V. ORTIZ
*1*
*CRCMP.*
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '05 mg 1238 |
| Plaintiff, | COMPLAINT |
| v. | Title 18, U.S.C., Sec. 911- False Claim to United States Citizenship |
| OSCAR ANTONIO ORTIZ, | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(I) - Conspiracy to Bring in Illegal Aliens |
| Defendant. | |

The undersigned complainant being duly sworn states:

Count One

On or about October 30, 2001, within the Southern District of California, defendant OSCAR ANTONIO ORTIZ did falsely and willfully represent to Department of Justice, Immigration and Naturalization Service, who had good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States; whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

//
//
//
//

## Count Two

Beginning on a date unknown and continuing up to and including June 6, 2005, within the Southern District of California, and elsewhere, defendant OSCAR ANTONIO ORTIZ, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire with persons known and unknown, to bring to the United States aliens, knowing that the persons were aliens, at a place other than a designated port of entry or place other than as designated by the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (v)(I).

The complainant states that this complaint is based on the attached affidavit, which is incorporated herein by reference.

Tedd Dekreek
Special Agent,
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, August 4, 2005.

United States Magistrate Judge

United States of America
v.
Oscar Antonio ORTIZ

## PROBABLE CAUSE STATEMENT

The complainant states that this complaint is based upon the investigation conducted by agents and officers of the North County Regional Gang Task Force (hereinafter, "NCRGTF"), Immigration and Customs Enforcement (ICE), as well as agents of the Department of Homeland Security, Office of Inspector General.

Beginning on April 15, 2005, the Honorable Napoleon A. Jones signed an order authorizing, inter alia, the interception of wire communications to and from a cellular telephone used by a U.S. Border Patrol agent. On May 16, 2005, the Honorable Napoleon A. Jones signed an order authorizing, inter alia, the continued interception of wire communications to and from the same cellular telephone number, and also authorized the interception of wire communications to and from another cellular telephone number also used by that U.S. Border Patrol agent. Interception of these two cellular telephones continued through June 6, 2005. Over the course of these wire interceptions, Oscar Antonio ORTIZ, a U.S. Border Patrol Agent assigned to the El Cajon Border Patrol Station, has been intercepted on many occasions talking to the other Border Patrol Agent about the smuggling of illegal aliens into the United States through the two agents' area of operations at the international border east of the Tecate Port of Entry, within the Southern District of California.

For example, on May 3, 2005, ORTIZ and the other Border Patrol agent were intercepted discussing the amount that they should charge FNU LNU aka Sol or Soldado for their assistance with Soldado's alien smuggling through the two agents' area. The Border Patrol agent instructed ORTIZ, "Talk numbers and don't go too low with him." ORTIZ told the other Border Patrol agent, "I don't know how the guy (Soldado) wants to work, but I'll talk with him." The Border Patrol agent replied, "If he's just going to use our area, we can't ask for anything more." During this call, ORTIZ and the other Border Patrol agent were discussing how they would be working with Soldado to smuggle aliens into the United States, and the other Border Patrol agent was expressing his preference that the extent of the two agents' involvement with the smuggling would be to allow Soldado to bring in aliens through the agents' area of operations.

On May 20, 2005, the other Border Patrol agent was intercepted telling a family member, "We have just started to work over here. It's 30, 40, 50 and up." During this call, the other Border Patrol agent was telling his family member that he and ORTIZ were smuggling between 30-50 aliens at a time. The other Border Patrol agent also told his family member, "We don't do anything, just clear the way, and we get 300 per head. But if we put in, then it's 2,000 or 1,800." In making that statement, the other Border Patrol agent was talking about the payment that he and ORTIZ were receiving for their alien smuggling activities.

Oscar ORTIZ's October 30, 2001 application to the U.S. Border Patrol (submitted to the Department of Justice, Immigration and Naturalization Service) has been reviewed by the complainant. The application reveals that Oscar ORTIZ claimed to be a United States citizen, born in Chicago, Illinois. Additionally, Oscar ORTIZ submitted a copy of a birth certificate to the Department of Justice support his claim to United States citizenship. A records check of that birth certificate reveals that the birth certificate number on the birth certificate submitted by Oscar ORTIZ in fact belongs to a David Grady Davis, Jr., born on February 5, 1977. Furthermore, records checks conducted by Department of Homeland Security, Office of Inspector General reveal that ORTIZ was born in Tijuana, Mexico on March 8, 1977. Records checks further confirm that Oscar ORTIZ is a native and citizen of Mexico.